# Exhibit 3

Case 4:17-cv-00210-ALM-CAN   Document 1-3   Filed 03/27/17   Page 2 of 9 PageID #: 14

CV-17-43028  Filed 2/13/2017 12:00:00 A
Fannin County - 336th District Court
Nancy You
District Cl
Fannin County,
Patricia Davis

## IN THE DISTRICT COURT OF FANNIN COUNTY, TEXAS

BYRON KEITH HUTCHINGS, HEIR AT LAW § CASE NO. CV-17-43028
AND ON BEHALF OF ALL WRONGFUL §
DEATH BENEFICIARIES OF THE ESTATE §
OF BILLY GENE HUTCHINGS, § COMPLAINT FOR DAMAGES FOR
§ WRONGFUL DEATH
PLAINTIFF, §
§
VS. §
§
SAM RAYBURN MEMORIAL §
VETERANS CENTER SKILLED NURSING §
TEXOMA MEDICAL CENTER; §
PARIS REGIONAL MEDICAL CENTER; §
MICHAEL PATRICK ELLIOTT, MD; §
RAYMOND STEVEN HUTCHINGS; §
EDWARD D. ELLIS, ATTORNEY AT LAW; §
COLLEEN KENNEDY; AND §
DOE 1, DOE 2, DOE 3, DOE 4, DOE 5, §
DOE 6, AND DOES 7 THROUGH 50, §
§
DEFENDANTS. §

BYRON KEITH HUTCHINGS, PLAINTIFF

DATED: FEBRUARY 13, 2017

BY: _____
BYRON KEITH HUTCHINGS, PRO SE

**PLAINTIFF ALLEGES FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS FOR WRONGFUL DEATH:**

1

All of the facts connecting the pseudonym identified Defendants, with this cause of action is unknown to Plaintiff, or the actual names or capacities, whether individual, plural, corporate, partnership, associate, or otherwise, Defendants Does 1 through 50

COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH                    Page 1 of 7

are unknown to Plaintiff. Therefore Plaintiff sues said Defendants by such pseudonyms. Plaintiff is informed, avers, believes, and alleges, that each of the Defendants designated herein as a DOE is negligently, wantonly, recklessly, tortiously, and unlawfully responsible in some manner for the events and happenings herein referred to and negligently, wantonly, recklessly, tortiously, and unlawfully proximately caused injury and damages to Plaintiff, and herein alleges, and/or if this is a wrongful death case that some of said DOES may be an heir at law presently unknown to Plaintiff, who has not joined as a party plaintiff. Plaintiff will hereafter ask leave of Court to amend this Complaint to show said Defendants' true names and capacities after the same have been ascertained.

2

When herein mentioned each Defendant was the agent of each and all of the other Defendants and was acting within the course and scope of said agency.

3

Giving rise to this cause of action are the events which occurred on or about February 29, 2016 at or near PARIS REGIONAL MEDICAL CENTER, 865 Deshong Drive, Paris, Texas 75460 and on or about March 25, 2016, at or near TEXOMA MEDICAL CENTER, 5016 N. Hwy 75, Denison, Texas 75020 and at or near the SAM RAYBURN MEMORIAL VETERANS CENTER SKILLED NURSING HOME, 1201 East 9th Street, Bonham, Texas, 75418.

4

When mentioned herein Defendants PARIS REGIONAL MEDICAL CENTER, MICHAEL PATRICK ELLIOTT, MD, EDWARD D. ELLIS, Attorney at Law and RAYMOND

STEVEN HUTCHINGS were residents of Lamar County, Texas and TEXOMA MEDICAL CENTER was a resident of Grayson County, Texas and COLLEEN KENNEDY, was a resident of Collin County, Texas and SAM RAYBURN MEMORIAL VETERANS CENTER SKILLED NURSING HOME was a resident of Fannin County, Texas.

5

When mentioned herein, the Defendants and each of them were engaged in a joint venture and common enterprise and acting within the scope of and in pursuance of the joint venture and common enterprise.

6

Before filing this action, on December 5, 2016 plaintiff contested defendant RAYMOND STEVEN HUTCHINGS' *Application to Probate the Last Will and Testament of BILLY GENE HUTCHINGS* as *Muniment of Title* because the application was intentionally misrepresented by two fraudulent documents; a <u>Statutory Durable Power of Attorney</u> and an irrevocable <u>Warranty Deed/Life Estate Deed</u>, both executed by defendant RAYMOND STEVEN HUTCHINGS on March 18, 2016 at the law offices of EDWARD D. ELLIS, Attorney at Law, Paris, Texas, with the assistance of defendant's fiancée, COLLEEN KENNEDY, Allen, Texas, providing himself with agency over Decedent and transferring Decedent's real property to his own name. The execution of these documents occurred just eighteen (18) days after defendant unlawfully authorized Decedent to have back surgery at PARIS REGIONAL MEDICAL CENTER, by MICHAEL PATRICK ELLIOTT, MD on or about February 29, 2016, to cover-up that defendant had unlawfully authorized Decedent to have back surgery without a health

care power of attorney. Because surgical clips were discovered at TEXOMA MEDICAL CENTER to have been left inside Decedent by MICHAEL PATRICK ELLIOTT, MD and Decedent began to immediately suffer with post-surgical delirium, pneumonia, and sepsis; syndromes of which he did not survive, Decedent died on April 7, 2016. Plaintiff is bringing this action on his own behalf and on the behalf of the heirs of BILLY GENE HUTCHINGS, identified below.

7

Plaintiff believes all heirs of plaintiff's Decedent BILLY GENE HUTCHINGS are named below. If other heirs are discovered plaintiff will ask leave of Court to amend this Complaint to reflect such unknown heir as a DOE. The heirs are:

A. BYRON KEITH HUTCHINGS, Son

B. DAVID SCOTT HUTCHINGS, Son (Deceased)

Although defendant RAYMOND STEVEN HUTCHINGS authorized Decedent to have surgery performed on his back on February 29, 2016, at PARIS REGIONAL MEDICAL CENTER, without a healthcare power of attorney, and without the knowledge or consent of any of Decedent's known heirs, he is precluded from any recovery because he may not profit from his own intentional, willful, and tortious wrongdoing.

8

Plaintiff is informed and believes and based thereon alleges that prior to the date of this incident, defendants conspired to cause the wrongful death of plaintiff's Decedent, BILLY GENE HUTCHINGS, by permitting RAYMOND STEVEN HUTCHINGS, to authorize surgery, without the knowledge or consent of Decedent's heirs, without possession of a health care power of attorney, then performing said surgery, suturing

surgical clips inside Decedent's back post-surgery, which caused Decedent to immediately suffer delirium, sepsis, pneumonia, and failure to survive syndrome, as shown on Decedent's death certificate, in PARIS REGIONAL MEDICAL CENTER surgical records, in TEXOMA MEDICAL CENTER post-surgical records and radiographs, which computerized tomography scans and interpretive notes discuss the presence of instrumentation left behind in the surgical area, then failed to provide lifesaving surgical intervention to remove said instrumentation from Decedent's back, returning Decedent on April 1, 2016 by ambulance to his residence at the SAM RAYBURN MEMORIAL VETERANS CENTER SKILLED NURSING HOME where Decedent died on April 7, 2016.

9

On or about February 29, 2016, defendant RAYMOND STEVEN HUTCHINGS, unlawfully authorized, PARIS REGIONAL MEDICAL CENTER and surgeon, MICHAEL PATRICK ELLIOTT, MD to perform back surgery on Decedent, which led to Decedent suffering immediate post-surgical delirium, followed by sepsis, pneumonia, and failure to survive syndrome, killing Decedent on April 7, 2016.

10

By reason of Decedent's death, Decedent's heir(s) and Plaintiff, have been permanently deprived of the love, care, comfort, companionship, services, society, solace, affection, instruction, advice, training, guidance, protection, counsel, contributions, accumulations, inheritance and right of inheritance of said Decedent, and have suffered grief and sorrow, all to their damage in an amount within the jurisdiction of this Court, and according to proof.

11

By reason of Decedent's death, Decedent's power to earn and accumulate money and property from his Social Security Benefits of $619.00 per month and his Veteran's Administration benefits of $3000.00 per month, has been destroyed, and Decedent's heirs and Plaintiff, have been permanently deprived of this support.

12

By reason of said incident, plaintiff has lost the use of and interest on the money owed to plaintiff from the date of this incident to judgment as permitted by law on the lost support and on the pecuniary value of the loss of love, care, comfort, companionship, services, and society.

13

The above-mentioned conduct of defendants was willful, wanton and intended to and did actually cause the death of BILLY GENE HUTCHINGS, such that the conduct of defendants was *reckless* and *caused bodily injury*, when MICHAEL PATRICK ELLIOTT, MD sutured instrumentation (i.e. *surgical clips*) inside Decedents' back, causing Decedent to suffer delirium, pneumonia and sepsis; syndromes which impeded the normal breathing and circulation of the blood of Decedent, directly causing Decedent to fail to thrive syndrome on April 7, 2016 and as those terms are defined in the Texas Penal Code Chapter 22, Assaultive Offenses.

14

The conduct of defendants as described above constitutes a felony. Plaintiff seeks attorneys' fees pursuant to the Texas Code of Civil Procedure § 38 if any defendant is convicted of a felony.

**WHEREFORE THE FOLLOWING JUDGMENT AGAINST ALL DEFENDANTS IS PRAYED FOR BY PLAINTIFF:**

1. Costs of suit;

2. Such other and further relief as this Court deems proper;

3. General damages in an amount within the jurisdiction of the Supreme Court, and according to proof;

4. Special damages for loss of support and loss of services;

5. Prejudgment interest according to proof;

6. Punitive damages in such amount as proven at trial; and

7. Attorneys' fees pursuant to the Texas Rules of Civil Procedure § 38.

## CERTIFICATE OF SERVICE

I certify that on February 14, 2017, a true and correct copy of *Complaint for Damages for Wrongful Death (filed in Fannin County)* was electronically served on C. Casey Gain, attorney of record for Defendant Raymond Steven Hutchings at cgain@moorefirm.com and was also mailed by USPS Certified First Class Mail Return Receipt Requested addressed to all other defendants, where and/or as applicable, to the Chief Executive Officer, Attorney-in-Fact or the individual in these actions, as follows:

1. Sam Rayburn Memorial Veterans Center Skilled Nursing Home
2. Texoma Medical Center
3. Paris Regional Medical Center
4. Michael Patrick Elliott, MD
5. Colleen Kennedy

Byron Hutchings